GRANT C. JAQUITH  
United States Attorney  
Fergus Kaiser  
Special Assistant U.S. Attorney  
c/o Social Security Administration Office of General Counsel  
26 Federal Plaza, Room 3904  
New York, NY 10278-0004  
(212) 264-2049  
fergus.kaiser@ssa.gov  
BarRoll No. 518633

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

---------------------------------------------------------------- x

| | |
|---|---|
| MELINDA MAE MILLER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 18-cv-328 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | : **STIPULATION FOR REMAND** |
| Defendant. | : |

---------------------------------------------------------------- x

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the Defendant and the attorney for the Plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings; and this Court having considered this matter.

     It is ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Defendant for further administrative action, and it is further

The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: October 16, 2018

                        The DeHaan Law Firm P.C

By: */s/ John W. DeHaan*
    John W. DeHaan
    300 Rabro Drive, Suite 101
    Hauppauge, NY 11788
    631-582-1200
    Fax: 631-582-1228
    Email: jdehaan@dbdisabilitylaw.com

    GRANT C. JAQUITH
    United States Attorney

By: */s/ Fergus Kaiser*
    Fergus Kaiser
    Special Assistant U.S. Attorney
    c/o Social Security Administration
    Office of General Counsel
    26 Federal Plaza, Room 3904
    New York, NY 10278-0004
    (212) 264-2049
    fergus.kaiser@ssa.gov
    Bar Roll No. 51863

SO ORDERED:

*[signature]*
THOMAS J. MCAVOY
UNITED STATES DISTRICT JUDGE
October 18, 2018